A99A1798. CLARK v. CHOREY, TAYLOR & FEIL, P.C.
(545 SE2d 34)

ELDRIDGE, Judge.

In *Chorey, Taylor & Feil, P.C. v. Clark*, 273 Ga. 143 (539 SE2d 139) (2000), the Supreme Court reversed the judgment of this Court's opinion in *Clark v. Chorey, Taylor & Feil, P.C.*, 240 Ga. App. 232 (522 SE2d 472) (1999). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Blackburn, C. J., Pope, P. J., Johnson, P. J., Barnes, Phipps and Mikell, JJ., concur.*

DECIDED JANUARY 19, 2001.

*Rajan Bhandari,* for appellant.
*Carr, Tabb, Pope & Freeman, Eric N. Van De Water,* for appellee.